BEFORE THE THIRD DIVISION, JULY 19, 1956

**No. 60116.**—V. G. Nahrgang v. United States, protest 153523–K (Detroit).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 60117.**—Nyos, Inc., and Intercontinental Packers, Ltd. v. United States, protest 235875–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of frozen fresh pork tenderloins similar in all material respects to those the subject of Abstract 59714, the claim of the plaintiffs was sustained.

JULY 19, 1956

**No. 60118.**—SUIT 4847.—Estate of Lev H. Prichard v. United States.——C. D. 1683 affirmed April 3, 1956. C. A. D. 612.